## FROST vs. SHAPLEIGH.

In an action of replevin against a sheriff, for goods attached by him under a
writ, which had never been returned, the suit having been settled by the par-
ties, it was held that he might prove the attachment by parol.

In replevin of certain cattle, the defendant, who was a deputy
sheriff, pleaded property in a stranger ; and at the trial, before *Par-
ris J.* he produced certain writs of attachment against the stranger,
on which no returns had been made ; and the return-days of which
were long past ; and proved that after service of the writs, and be-
fore the return-day, those suits had been settled by the parties.　He
then offered parol evidence to show that the cattle in question were
attached by him by virtue of those writs, and that therefore he rep-
resented *bona fide* creditors of the debtor, under whom the present
plaintiff claimed the cattle by an alleged sale, which the defendant
would, impeach as fraudulent.　This evidence was objected to, on
the ground that the officer's return was the best evidence of the fact ;
which it was his duty to have made ; and to the benefit of which all
parties in interest were entitled.　But the judge overruled the ob-
jection ; and reserved the point for the consideration of the court ;
a verdict being returned for the defendant.

And THE COURT held that the evidence was properly admitted,
the writs having never been returned, to become matter of record ;
and that the officer's omission to make return was excused by the
act of the parties in suppressing the suits.

*D. Goodenow,* for the plaintiff.

*J. & E. Shepley,* for the defendant.